UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

TERRELL MONTAY LONG,

    Defendant.
_____/

Case: 1:23-cr-20278
Judge: Ludington, Thomas L.
MJ: Morris, Patricia T.
Filed: 05-16-2023 At 11:42 AM
USA v. Terrell Montay Long (krc)

VIOLATION:
18 U.S.C. § 922(g)(1)

## INFORMATION

THE UNITED STATES ATTORNEY CHARGES:

### COUNT ONE
### Felon in Possession of a Firearm
### (18 U.S.C. § 922(g)(1))

On or about April 5, 2023, in the federal Eastern District of Michigan, TERRELL MONTAY LONG, Defendant herein, having been convicted of a felony, that is, a crime punishable by imprisonment for a term exceeding one year, and knowing that he had been convicted of a felony, did knowingly possess, in and affecting interstate commerce, a firearm—that is, one loaded Smith and Wesson, Model AR 15, 5.56/.223 caliber semiautomatic rifle violation of 18 U.S.C. § 922(g)(1).

## FORFEITURE ALLEGATIONS
### 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c)

The allegations contained in Count One of this Information are hereby re-alleged for purposes of alleging forfeiture pursuant to 18 U.S.C. § 924(d) together with 28 U.S.C. § 2461(c).

Upon conviction of the offense set forth in Count One, the defendant, Terrell Montay Long, shall forfeit to the United States any firearms and ammunition involved in or used in the commission of the offense, including, but not limited to the Smith & Wesson, Model AR 15, 5.56/.223 caliber, semi-automatic rifle, and any ammunition contained within the firearm.

**THIS IS A TRUE INFORMATION.**

DAWN N. ISON
United States Attorney

_____
ANTHONY P. VANCE
Assistant United States Attorney
Chief, Branch Offices

**Dated: May 15, 2023**

_____
J. MICHAEL BUCKLEY
Assistant United States Attorney
Deputy Chief, Branch Office
101 First Street, Suite 200
Bay City, Michigan 48708
Telephone: (989) 895-5712
email: Michael.buckley@usdoj.gov

**Companion Case information MUST be completed by AUSA and initialed**

| United States District Court<br>Eastern District of Michigan | **Criminal Case Cover Sheet** | Case Number |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

| **Companion Case Information** | **Companion Case Number:** |
|---|---|
| This may be a companion case based upon LCrR 57.10 (b)(4)[1]: | **Judge Assigned:** |
| ☐ Yes            X No | AUSA's Initials: JMB |

**Case Title:** USA v. Terrell Montay Long

**County where offense occurred:** Saginaw

**Check One:**    X **Felony**       ☐ **Misdemeanor**       ☐ **Petty**

```
____Indictment/_____Information ---   no prior complaint.
____Indictment/  x   Information ---   based upon prior complaint [Case number:] 23-mj-30138
____Indictment/_____Information ---   based upon LCrR 57.10 (d) [Complete Superseding section below].
```

## Superseding Case Information

**Superseding to Case No:** _____    **Judge:** _____

☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|
| | | |

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.**

Date: May 15, 2023

s/J. Michael Buckley
J. Michael Buckley
Assistant United States Attorney
101 First Street, Suite 200, Bay City, MI 48708
Fax: 989-895-5790
E-Mail address: Michael.buckley@usdoj.gov
Attorney Bar #:   P 36167

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.